George W. Davidson, appellee, v. William Gourley et al., trading as Lake Forest Lumber Company, appellants. Gen. No. 6,926.

Action for damages to plaintiff's automobile by collision with

defendants' truck. Judgment for plaintiff. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed November 2, 1921.

Adams, Childs, Bobb & Wescott and A. K. Stearns, for appellants; Frank H. Partridge, of counsel. Ralph J. Dady and Martin C. Decker, for appellee.

Mr. Justice Partlow delivered the opinion of the court.